UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | |
| This Document Relates to: MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, Plaintiffs, v. ENRON CORP., et al., , Defendants. | Civil Action No. H-01-3624 |
| This Document Relates to: RAVENSWOOD CAPITAL- L.L.C., et al. Plaintiffs, v. CITIGROUP, INC., et al. Defendants. | Civil Action No. H-04-4520 |

**ORDER GRANTING AGREED**
**MOTION TO MODIFY BRIEFING SCHEDULE (Instr. No. 26)**

Pending before this Court is the Agreed Motion to Modify Briefing Schedule in the above-captioned action.

The Court, having considered the Motion, finds that the Motion should be GRANTED, and it is

ORDERED that the Defendants' Reply or Replies to Plaintiffs' Response (Instr. No. 28) shall be due on or before December 20, 2006.

Date: _11-28_____, 2006

_____
**HONORABLE MELINDA HARMON**
**UNITED STATES DISTRICT JUDGE**