T'IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAVENSWOOD CAPITAL - I, L.L.C., et al. | § § § | |
| Plaintiffs | § | |
| v. | § § | C.A. NO. H-04-4520 |
| CITIGROUP, INC., et al. | § § | |
| Defendants | § § | |
| MARK NEWBY, | § | |
| Plaintiff, | § § | |
| v. | § § | Consolidated Lead No. H-01-3624 |
| ENRON CORP., et al., | § § | |
| Defendants. | § § | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENDING TIME TO RESPOND TO DEUTSCHE BANKS MOTION FOR ATTORNEYS' FEES [Instr. No. 65 in H-04-4520]

Plaintiffs Ravenswood Capital - I, L.L.C., Ravenswood Capital - II, L.L.C., and Whitewood Holdings, L.L.C. (collectively, "Plaintiffs"), file this Unopposed Motion seeking additional time to respond to Deutsche Bank's Motion for Attorneys' Fees Under 28 U.S.C. § 1927 (the "Section 1927 Motion").

Defendant Deutsche Bank filed its 20-page motion, with numerous exhibits, on January 21, 2012. The motion submission date is currently February 13, 2012. Response to the Section 1927 Motion requires examining and analyzing all activity in this lawsuit from its inception through the date the Section 1927 Motion was filed. Deutsche Bank is not opposed to allowing Plaintiffs this three week extension of time to respond.

## PRAYER

Plaintiffs pray that the Court grant Plaintiffs' unopposed motion and enter the attached proposed order specifying that Plaintiffs must respond to Deutsche Bank's Section 1927 Motion on or before March 5, 2012.

Respectfully submitted,

**GREER, HERZ & ADAMS, L.L.P.**

By: _____/s/_____
Andrew J. Mytelka
Attorney in Charge
State Bar No. 14767700
One Moody Plaza, 18th Floor
Galveston, Texas  77550
(409) 797-3200;
(409) 766-6424 (telecopier)

OF COUNSEL:

Joe A.C. Fulcher
State Bar No. 07509320
M. David Le Blanc
State Bar No. 00791090
Steve Windsor
State Bar No. 21760650
Greer, Herz & Adams, L.L.P.
One Moody Plaza, 18th Floor
Galveston, Texas  77550
(409) 797-3200
(409) 766-6424 (telecopier)

ATTORNEYS FOR PLAINTIFFS

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with counsel for the Deutsche Bank and Deutsche Bank is UNOPPOSED to this Motion.

/s/
Steve Windsor

## CERTIFICATE OF SERVICE

I certify that on this 25th day of January a copy of this document was served on all counsel of record through the Court's electronic notification system.

/s/
Steve Windsor

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RAVENSWOOD CAPITAL - I, L.L.C., et al. § § Plaintiffs § v. § CITIGROUP, INC., et al. § § Defendants § | C.A. NO. H-04-4520 |
| MARK NEWBY, § § Plaintiff, § v. § ENRON CORP., et al., § § Defendants. § | Consolidated Lead No. H-01-3624 |

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time to Respond to Deutsche Bank's Motion for Attorneys' Fees Under 28 U.S.C. § 1927. The Court finds the Plaintiff's motion has merit and it is,

ORDERED that Plaintiffs' Unopposed Motion for Extension of Time is GRANTED; and,

ORDERED that Plaintiffs' response to Deutsche Bank's Motion for Attorneys' Fees [Instr. No. 65] shall be filed with the Court on or before March 5, 2012.

DONE this ____ day of _____, 2012.

_____
MELINDA HARMON
UNITED STATES DISTRICT JUDGE