IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RAVENSWOOD CAPITAL - I, L.L.C., et al. § § § Plaintiffs § v. § § CITIGROUP, INC., et al. § § Defendants § § MARK NEWBY, § Plaintiff, § § v. § § ENRON CORP., et al., § Defendants. § § | | C.A. NO. H-04-4520<br><br><br><br><br>Consolidated Lead No. H-01-3624 |

## ORDER

Before the Court is Plaintiffs' Motion for Extension of Time to Respond to Deutsche Bank's Motion for Attorneys' Fees Under 28 U.S.C. § 1927. The Court finds the Plaintiff's motion has merit and it is,

ORDERED that Plaintiffs' Unopposed Motion for Extension of Time is GRANTED; and,

ORDERED that Plaintiffs' response to Deutsche Bank's Motion for Attorneys' Fees [Instr. No. 65] shall be filed with the Court on or before March 5, 2012.

DONE this 31st day of January, 2012.

MELINDA HARMON
UNITED STATES DISTRICT JUDGE