IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **RAVENSWOOD CAPITAL - I, L.L.C., et al.** § § | | |
| Plaintiffs § | | |
| v. § | C.A. NO. H-04-4520 | |
| § | JURY | |
| **CITIGROUP, INC., et al.** § | | |
| Defendants § | | |

| | | |
|---|---|---|
| § | | |
| **MARK NEWBY,** § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Consolidated Lead No. H-01-3624 | |
| § | | |
| **ENRON CORP., et al.,** § | | |
| Defendants. § | | |
| § | | |

## NOTICE OF APPEARANCE

Notice is hereby given that the undersigned attorney, Lee L. Kaplan, enters his appearance in this matter for Plaintiffs, for the purposes of receiving notices and orders from the Court.

339335.1

DATED:  March 5, 2012            Respectfully submitted,

    */s/ Lee L. Kaplan*
Larry R. Veselka
State Bar No. 20555400
Lee L. Kaplan
State Bar No. 11094400
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana Street, Suite 2300
Houston, Texas 77002-2700
713-221-2300
713-221-2320 (facsimile)
lkaplan@skv.com
lveselka@skv.com


Andrew J. Mytelka
State Bar No. 14767700
S.D. Tex. I.D. No. 11084
Joe A.C. Fulcher
State Bar No. 07509320
Steve Windsor
State Bar No. 21760650
One Moody Plaza, 18th Floor
Galveston, Texas  77550
(409) 797-3200
(409) 766-6424 (FAX)

ATTORNEYS FOR PLAINTIFFS


### CERTIFICATE OF SERVICE

    I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on the 5th day of March, 2012.


    */s/ Lee L. Kaplan*
Lee L. Kaplan

339335.1