UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES LITIGATION | |
| This Document Relates to: MARK NEWBY, et al., Individually and On Behalf of All Others Similarly Situated, Plaintiffs, v. ENRON CORP., et al., Defendants. | Civil Action No. H-01-3624 |
| This Document Relates to: RAVENSWOOD CAPITAL- L.L.C., et al., Plaintiffs, v. CITIGROUP, INC., et al., Defendants. | Civil Action No. H-04-4520 |

## ORDER

Came on for consideration Deutsche Bank AG, Deutsche Bank Securities Inc., and Deutsche Bank Trust Company Americas (collectively "Deutsche Bank")'s Motion for Leave to File a Reply Brief ("Motion for Leave") [Dkt. 70]. Plaintiffs and Deutsche Bank have advised the Court that Plaintiffs do not oppose the Motion for Leave. Plaintiffs and Deutsche Bank have further advised the Court that Deutsche Bank is unopposed to Plaintiffs' request to file a surreply

of no more than 6 pages by March 26, 2012. Having considered the documents filed by the parties, the Court hereby GRANTS the Motion for Leave to File a Reply Brief and GRANTS Plaintiffs leave to file a Surreply. It is, therefore,

ORDERED that Deutsche Bank is granted leave to file its Reply Memorandum of Law in Support of Motion For Attorneys' Fees Under 28 U.S.C. § 1927 ("Reply Memorandum"). It is further

ORDERED that Plaintiffs are granted leave to file a Surreply to the Reply Memorandum of no more than 6 pages by March 26, 2012.

Signed this 22nd day of March, 2012.

THE HONORABLE MELINDA HARMON
UNITED STATES DISTRICT JUDGE