UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| In re ENRON CORPORATION SECURITIES ) <br> LITIGATION ) <br> ) | MDL Docket No. 1446 |
| RAVENSWOOD CAPITAL – I, L.L.C. ) <br> RAVENSWOOD CAPITAL – II, L.L.C. and ) <br> RAVENSWOOD HOLDINGS, L.L.C., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITIGROUP, INC., et al., ) <br> ) <br> ) <br> Defendants. ) | Civil Action <br> No. H-04-4520 |
| This document relates to: ) <br> ) <br> SILVERCREEK MANAGEMENT INC. et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CITIGROUP, INC., et al., ) <br> ) <br> Defendants. ) | Civil Action <br> No. H-03-8815 |
| This document relates to: ) <br> ) <br> CONNECTICUT RESOURCES RECOVERY ) <br> AUTHORITY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LAY, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action <br> No. H-03-1558 |

#17845541 v1

## NOTICE OF CHANGE OF FIRM AFFILIATION AND ADDRESS

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Lawrence Byrne, a counsel for Deutsche Bank AG and Deutsche Bank Securities Inc. in these matters, has changed his law firm affiliation. Please direct all future pleadings and correspondence to him at the address shown below and revise your service list accordingly:

> Lawrence Byrne, Esq.
> Pepper Hamilton LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY  10018
> (212) 808-2700 (Telephone)
> (212) 286-9806 (Facsimile)
> byrnel@pepperlaw.com

DATED:  March 4, 2013

> Respectfully submitted,
>
> By: /s/ Lawrence Byrne
> Lawrence Byrne, Esq.
> Pepper Hamilton LLP
> The New York Times Building
> 620 Eighth Avenue
> New York, NY  10018

#17845541 v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of March, 2013, a true and correct copy of the foregoing notice was electronically served via ECF on all counsel of record.

/s/ Lawrence Byrne
Lawrence Byrne

#17845541 v1